# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

October 3, 2019

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
159845
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RANDY HOLLOWAY,
       Plaintiff,

v
                                                     SC: 159845
                                                   AGC: 16-1322

ATTORNEY GRIEVANCE COMMISSION,
       Defendant.
_____/

      On order of the Chief Justice, plaintiff having failed to pay the initial partial filing fee as required by the July 22, 2019 order, the Clerk of the Court is hereby directed to close this file.



izm

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk